Christine C. Ross (SBN 280646)
James W. Carbin (*Admitted Pro Hac Vice*)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:  ccross@duanemorris.com
         jwcarbin@duanemorris.com

Attorneys for Defendants
FALVEY CARGO UNDERWRITING, LTD.
NAVIGATORS UNDERWRITING AGENCY LIMITED, CHUBB UNDERWRITING AGENCIES LTD., AEGIS LONDON HOLDINGS LTD, ARGENTA SYNDICATE MANAGEMENT LIMITED, CANOPIUS MANAGING AGENTS LIMITED, ARGO MANAGING AGENCY 1200, MS AMLIN PLC, LIBERTY CORPORATE CAPITAL LTD, BEAZLEY GROUP LTD., CATHEDRAL UNDERWRITING LIMITED (UK), AXIS MANAGING AGENCY LIMITED, CHAUCER SYNDICATES LIMITED, ANTARES UNDERWRITING LIMITED, HISCOX INSURANCE COMPANY LTD, ALLIED WORLD ASSURANCE COMPANY HOLDINGS, GMBH, IRONSHORE, INC. AND CHINA RE UK LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., MICRON MEMORY TAIWAN CO., LTD, MICRON TECHNOLOGY TAIWAN, INC., MICRON SEMICONDUCTOR ASIA PTE. LTD., and MICRON SEMICONDUCTOR ASIA OPERATIONS PTE. LTD., <br><br>Plaintiffs, <br><br>v. <br><br>FACTORY MUTUAL INSURANCE COMPANY, and FALVEY CARGO UNDERWRITING, LTD., <br><br>Defendants. | Case No.: 3:18-cv-07689-LB <br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL** <br><br>**[LOCAL RULES 5-1 AND 11-5]** <br><br><br>Judge:           Hon. Laurel Beeler <br>Complaint Filed: December 21, 2018 <br>FAC Filed:       November 27, 2019 |

Upon consideration of the Administrative Motion of Duane Morris LLP to withdraw as counsel of record for defendants Falvey Cargo Underwriting Ltd., Navigators Underwriting Agency Limited, Chubb Underwriting Agencies Ltd., Aegis London Holdings Ltd, Argenta Syndicate Management Limited, Canopius Managing Agents Limited, Argo Managing Agency 1200, MS Amlin PLC, Liberty Corporate Capital Ltd, Beazley Group Ltd., Cathedral Underwriting Limited (UK), Axis Managing Agency Limited, Chaucer Syndicates Limited, Antares Underwriting Limited, Hiscox Insurance Company Ltd, Allied World Assurance Company Holdings, GmbH, Ironshore, Inc. and China re UK Ltd., **IT IS HEREBY ORDERED** that the motion is **GRANTED** and their appearance is withdrawn,

**IT IS SO ORDERED.**

DATED: December 30, 2019

Hon. Laurel Beeler
United States Magistrate Judge